# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD TURNER,

        Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, et al.,

        Defendants.

2:07-CV-101 JCM (GWF)

Date:    N/A
Time:    N/A

## ORDER

Presently before the court are the findings and recommendations of Magistrate Judge George Foley. (Doc. #66.) Judge Foley recommended dismissing plaintiff's damage claims for physical injuries, emotional distress, and loss of income based on plaintiff's failure to comply with the court's discovery order.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof. This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made.

No objections have been filed in this case.

Accordingly,

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Foley's
2  report and recommendations (Doc. # 66) are AFFIRMED in their entirety.
3  DATED this 4th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**